# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Alternative Petroleum Technologies Holdings Corp and Alternative Petroleum Technologies, Inc.
        Plaintiff(s),

vs.

Patrick Grimes

        Defendant(s).

Case #3:20-cv-00040-MMD-CLB

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

___Jovan N. Jovanovic___, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

___The Watson Ip Group, Plc___
(firm name)

with offices at ___3133 Highland Drive, Suite 200___,
(street address)

___Hudsonville___, ___Michigan___, ___49426___,
(city)    (state)    (zip code)

___(616) 797-1000___, ___jjovanovic@watson-ip.com___.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Plaintiffs___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 11/10/1994 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Illinois (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Michigan | 02/12/2004 | P66644 |
| Federal Circuit Court of Appeals | 02/07/1996 | none |
| ND Illinois District Court General Bar | 12/20/1994 | 6225270 |
| ND Illinois District Court Trial Bar | 12/29/1995 | 6225270 |
| WD Michigan District Court | 3/31/2004 | P66644 |
| ED Michigan District Court | 3/24/2004 | P66644 |
| United States Patent and Trademark Office | 2/14/1996 | 40039 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) none

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.) none

7. That Petitioner is a member of good standing in the following Bar Associations.

> (State "none" if Petitioner is not a member of other Bar Associations.)
> Serbian Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____California____ )
)
COUNTY OF ____Orange____ )

____Jovan N. Jovanovic____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__22__ day of __January__, __2020__.

_____
Notary Public or Clerk of Court

DEBORAH COEL
COMM. #2290353
Notary Public - California
Orange County
My Comm. Expires May 27, 2023

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Clayton P. Brust____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____71 Washington Street____,
(street address)

____Reno____, ____Nevada____, ____89503____,
(city) (state) (zip code)

____775-329-3151____, ____cbrust@rssblaw.com____.
(area code + telephone number) (Email address)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

COUNTY OF ORANGE

On January 22, 2020, before me, DEBORAH COEL, a Notary Public, personally appeared JOVAN N. JOVANOVIC, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature

DEBORAH COEL
COMM. #2290353
Notary Public - California
Orange County
My Comm. Expires May 27, 2023

Notary Public Seal

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Clayton P. Brust_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_/s/_____
(party's signature)

Alternative Petroleum Technology Holdings Corp.
(type or print party name, title)

_/s/_____
(party's signature)

Alternative Petroleum Technology, Inc.
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_/s/_____
Designated Resident Nevada Counsel's signature

5234                cbrust@rssblaw.com
Bar number          Email address

APPROVED:

Dated: this __27th__ day of __January__, 20 __20__.

_/s/_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
1/22/2020

Re: Jovan N. Jovanovic
    Attorney No. 6225270

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Jovan N. Jovanovic was admitted to practice law in Illinois on 11/10/1994; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Registrar