**CLAYTON P. BRUST, ESQ. – NSB #5234**
cbrust@rssblaw.com
**THERESE M. SHANKS, ESQ.- NSB #12890**
tshanks@rssblaw.com
**Robison, Sharp, Sullivan & Brust**
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone:   (775) 329-3151

Jovan N. Jovanovic
The Watson IP Group, PLC
3133 Highland Drive, Suite 200
Hudsonville, MI 49426
Telephone: (616) 797-1000
jjovanovic@watson-ip.com

*Attorneys for Plaintiffs, Alternative*
*Petroleum Technologies Holdings Corp.*
*and Alternative Petroleum Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALTERNATIVE PETROLEUM TECHNOLOGIES HOLDINGS CORP. and ALTERNATIVE PETROLEUM TECHNOLOGIES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK GRIMES<br><br>Defendant.<br>_____/ | Case No.  3:20-cv-00040-MMD-CLB |

## **WITHDRAWAL/SUBSTITUTION OF COUNSEL; ORDER**

Clayton P. Brust, Esq, and the law firm of Robison, Sharp, Sullivan and Brust, attorneys for Plaintiffs Alternative Petroleum Technologies, Holdings Corp, and Alternative Petroleum Technologies, Inc. (Plaintiffs), do hereby withdraw consent to the

substitution of counsel in the above-entitled matter in their place and stead.

DATED this  2nd  day of October, 2020.

Robison, Sharp, Sullivan & Brust

BY: ___Clayton P. Brust_____
       Clayton P. Brust, Esq. (NSB# 5234)

Plaintiffs Alternative Petroleum Technologies, Holdings Corp, and Alternative Petroleum Technologies, Inc. in the above-entitled case, consents to the withdrawal of Clayton P. Brust and the law firm of Robison, Sharp, Sullivan and Brust, as their attorneys of record and will obtain substitute counsel within 14 days.  In the interim. Plaintiffs may be served at Alternative Petroleum Technologies, 280 Greg Street, #20 Reno, Nevada 89502, and through Mr. Jovan Jovanovich, Esq., The Watson Ip Group 3133 Highland Drive, Ste. #200, Hudsonville, MI 49426; email: jjovanovic@watson-ip.com.

DATED this  2nd  day of October, 2020.

_____
Alternative Petroleum Technologies, Holdings Corp, and Alternative Petroleum Technologies, Inc.
Authorized Representative - Director

…

…

…

…

…

**ORDER**

The Court having reviewed the papers and pleadings on file herein, and good cause appearing,

IT IS SO ORDERED the withdrawal of Clayton P. Brust and the law firm of Robison, Sharp, Sullivan and Brust is granted.  The Plaintiffs shall give the Court notice within fourteen (14) days the name of their replacement counsel.  In the interim, Plaintiffs shall be served at Alternative Petroleum Technologies, 280 Greg Street, #20 Reno, Nevada 89502, and through Mr. Jovan Jovanovich, Esq., The Watson Ip Group 3133 Highland Drive, Ste. #200, Hudsonville, MI 49426; email: jjovanovic@watson-ip.com.

Local counsel must enter an appearance no later than fourteen days from the date of this order.

Dated this __5th__ day of ____October____, 2020.

_____
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I certify that I am an employee of ROBISON, SHARP, SULLIVAN & BRUST, and that on this date I caused a true copy of **WITHDRAWAL/SUBSTITUTION OF COUNSEL** to be served on all parties to this action by:

\_\_\_\_\_ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

\_\_\_\_\_ personal delivery/hand delivery

  X    emailing an attached Adobe Acrobat PDF version of the document to the email addresses below/facsimile (fax) and/or E-Filing pursuant to Section IV of the District of Nevada Electronic Filing Procedures

\_\_\_\_\_ Federal Express/UPS or other overnight delivery

\_\_\_\_\_ Reno Carson Messenger Service

Carl M. Hebert, Esq.
202 California Avenue
Reno, NV 89509

Email: carl@cmhebertlaw.com

Dated this 2nd day of October, 2020.

　　　　　　　　　　　　　　　　　　Wanda Osborne
　　　　　　　　　　　　　Employee of Robison, Sharp, Sullivan & Brust