**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALTERNATIVE PETROLEUM, et al.

                Plaintiffs,

v.

PATRICK GRIMES,

                Defendant.

3:20-cv-0040-MMD-CLB

**ORDER**

On October 5, 2020, this court granted Clayton Brust, Esq.'s motion to withdraw as local counsel for plaintiffs (ECF No. 26). Jovan Jovanovic, Esq. of Hudsonville, MI remains lead counsel for plaintiffs. (*Id.*) Plaintiffs were ordered to obtain local counsel pursuant to LR IA 11-2(d) within fourteen days. (*Id.*) To date, no local counsel has been designated.

Therefore, plaintiffs shall have to and including **Friday, November 13, 2020** to obtain local counsel and file a designation of resident counsel on the form provided by the Clerk pursuant to LR IA 11-2(d). If plaintiffs fail to do so, the court will enter a report and recommendation that this case be dismissed or enter other sanctions as appropriate for failure to comply with the Local Rules of this Court. LR IA 11-2(e) and LR IA 11-8.

**DATED:** October 27, 2020.

_____
**UNITED STATES MAGISTRATE JUDGE**

1